FILED
CLERK, U.S. DISTRICT COURT

4/22/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:25-CR-00304-JLS |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vi), (b)(1)(B)(viii), (b)(1)(C): Possession with Intent to Distribute Methamphetamine, Fentanyl, and Heroin; 21 U.S.C. § 853: Criminal Forfeiture] |
| ERNEST GERRIAN JOHNSON, | |
| Defendant. | |

The Grand Jury charges:

                              COUNT ONE

                 [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

     On or about February 25, 2025, in San Luis Obispo County, within
the Central District of California, defendant ERNEST GERRIAN JOHNSON
knowingly and intentionally possessed with intent to distribute at
least 40 grams, that is, approximately 70.45 grams, of a mixture and
substance containing a detectable amount of N-phenyl-N-[1-(2-
phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II
narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about February 25, 2025, in San Luis Obispo County, within the Central District of California, defendant ERNEST GERRIAN JOHNSON knowingly and intentionally possessed with intent to distribute at least 5 grams, that is, approximately 16.81 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 25, 2025, in San Luis Obispo County, within the Central District of California, defendant ERNEST GERRIAN JOHNSON knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 5, 2025, in San Luis Obispo County, within the Central District of California, defendant ERNEST GERRIAN JOHNSON knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 255.72 grams, of methamphetamine, a Schedule II controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United Stats Code, Section 853, in the event of any defendant's conviction of the offenses set forth in any of Counts One through Four of this Indictment.

2.    Any defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

//

//

3.    Pursuant to Title 21, United States Code, Section 853(p), the defendant so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                              A TRUE BILL


                              /S/
                              _____
                              Foreperson


BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

MATT COE-ODESS
Assistant United States Attorney
General Crimes Section