**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>      v.<br><br>ERNEST GERRIAN JOHNSON,<br><br>             Defendant. | Case No. 2:25-CR-00304-JLS<br><br>**ORDER GRANTING EX PARTE APPLICATION TO RELIEVE THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT NEW COUNSEL [21]** |

Having reviewed the Unopposed *Ex Parte* Application to Relieve the Office of the Federal Public Defender and Appoint New Counsel, and finding good cause, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record and CJA Panel Attorney Daniel Koffmann is appointed to represent defendant Ernest Gerrian Johnson. Mr. Koffmann can be reached at 865 South Figueroa Street, 10th Floor, Los Angeles, CA, 90017. Telephone: (212) 849-7617. Email: DanielKoffmann@QuinnEmanuel.co

DATED: December 2, 2025

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge